IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| STEPHEN ADDERLEY, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:21cv349 |
| MARINE HYDRAULICS INTERNATIONAL, LLC, | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER coming on before the Court on the parties' jointly-filed Notice of Dismissal with Prejudice. For good cause shown, Plaintiff's claims are dismissed with prejudice, and all parties shall be responsible for their own attorney's fees and expenses. Pursuant to Kokkonen v. Guardian Life Insurance Company of America, 511 U.S. 375 (1994), the Court reserves jurisdiction to enforce the terms of the agreement.

_____
Hon. Raymond A. Jackson
Senior United States District Judge

Norfolk, VA
Entered: April 7, 2022